# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

---

In re:  BKY No. 09-50779

Dennis E. Hecker,

     Debtor.

---

Randall L. Seaver, Trustee,  ADV No. 10-5016

     Plaintiff,

vs.

Dennis E. Hecker, James C. Gustafson,
Jamie Gustafson a/k/a Jamie Miller and
Jacob Holdings of Crosslake, LLC,

     Defendants.

---

## AFFIDAVIT OF MATTHEW R. BURTON

---

STATE OF MINNESOTA    )
                                  ) ss.
COUNTY OF HENNEPIN    )

    Your affiant, being first duly sworn, deposes and states as follows:

    1.    I am the attorney for the Plaintiff in the above-captioned matter.

    2.    I have received the correspondence attached hereto as Exhibit A from counsel for the Gustafsons which does not appear to have been filed with the Court.

    **FURTHER YOUR AFFIANT SAYETH NOT.**

                                                          /e/  Matthew R. Burton

Dated:  May 4, 2010                        _____
                                                            Matthew R. Burton
421294



# MESHBESHER & ASSOCIATES
## ATTORNEYS AT LAW

STEVEN J. MESHBESHER
CERTIFIED CRIMINAL TRIAL SPECIALIST BY
THE NATIONAL BOARD OF TRIAL ADVOCACY
LICENSED TO PRACTICE IN WISCONSIN

KEVIN M. GREGORIUS
ADAM T. JOHNSON

April 30, 2010

Matthew R. Burton
Leonard, O'Brien, et al
100 South Fifth Street, Ste. 2500
Minneapolis, MN 55402

Re: In re: Dennis E. Hecker, Debtor, BKY No. 09-50779
11614 Echo Bay Drive, Crosslake MN

Dear Mr. Burton,

I am writing on behalf of Mr. James Gustafson, specifically with regard to the property located at 11614 Echo Bay Drive in Crosslake, MN — one of three properties identified by the Trustee in his Complaint filed April 25, 2010 in the above-referenced case.

Mr. Gustafson and his spouse have put together an inventory of their own personal belongings currently located within the property at 11614 Echo Bay Drive, and I have enclosed a copy of that inventory for your examination.

Mr. Gustafson does not intend to challenge the Trustee's April 25, 2010 complaint regarding the Crosslake properties. However, to the extent the Trustee intends on disposing of all goods and furnishing located within those properties, Mr. Gustafson is requesting permission to remove his own personal belongings from the 11614 property at the earliest convenience.

Please contact me to discuss this matter.

Very truly yours,

Steven J. Meshbesher

SJM:kg
Enclosure

EXHIBIT A

# Jim Gustafson personal inventory Echo Bay house, Cross Lake

MAIN HOUSE
Garage:
Tool box
Axe
Chain saw
Small silver canister vac
6 disc DVD player
All contents of refrigerator and freezer incl beer, water, pop

Lower level rec room:
Fake bear rug in front of fireplace
CDs and DVDs
Truck by patio door

Downstairs BR:
Lamp
Books
Pillows
White pitcher
White bowl
Floral vase
Hand lotion
Needle point on the wall
Canoe picture on the wall

Lower level bath:
All colored bath towels
Floral arrangement on toilet
Bathroom cleaning supplies and toilet paper
Shower and personal hygiene supplies

Bottom of steps:
Coats hanging on the hanger

Top of the steps:
Black dog sweater

Entry closet:
White with blue trim canister vac
All wooden hangers
Coats

Living room:
Candle on the table
Greeting card on the fireplace
Artificial plant on the fireplace

Dining room:
All contents on shelves including but not limited to:
Wine, wine holder, wine candle holder
Games, books, magazines
Printer, paper and toner

EXHIBIT A

Round table: 3 log type candle holders, basket full of cards
Square table: binoculars, intermittent light timer
Black sheepskin slippers

Master Bedroom:
King size dark brown sheets on bed
4 king pillows on bed
Decorator bear pillow with bears
Isabelle Bloom statue of love birds
Bedside quote of Winnie the Pooh
Lotion in bedside table
Artificial plant
All books

Master bedroom closet:
All clothing, shoes and contents, including laundry basket.
All wooden hangers
Exception: brown printed sheets

Master Bath:
All brown towels and washcloths
All marble bathroom accessories, 2 soap dishes, 1 tray, 2 lotion dispensers, and 1 waste basket
All contents of drawers and shelves including but not limited to cosmetics, cleaning supplies, toilet paper and small appliances, all books, fleur de lis bookends
Items around tub: Aveda bath and body products, metal container with cosmetic supplies, 3 brown candle holders and candles
Floral orchid arrangement

Guest closet:
Blue and cream linens and spare pillows

Guest room:
All bedding: pillows, sheets, pillow cases, comforter, decorator pillow, decorator blanket
2 mink teddy bears
Nightstand: lotion, bear candle holder
Dresser: books, 2 candle sticks and candles, floral arrangement

Kitchen:
All contents of pantry including but not limited to food. Liquor, paper products, table linens, place mats and napkins
Liquor dispenser
Telephone
Bear cookie jar
William Sonoma chestnut dish soap, hand soap and candle
Contents in drawer under the cook top
Contents in drawers that contain dish clothes and storage wrapping paper
Contents in overhead cabinets: 9 chalk board stemless wine glasses, 6 cheese appetizer plates
Stainless coffee maker
Coffee and tea in cabinets
All contents of refrigerator and freezer
Chalk in the glass on the countertop behind the picture
Cleaning supplies under sink
Pilsner Glasses in freezer

Main bath:
Blue and brown towels

Oil painting of tree
Paper guest towels
Blue and cream bath rug
Blue mosaic lotion dispenser
Purple towels in linen closet
All contents of the laundry cabinets over laundry tub including but not limited to laundry soap, fabric softener, light bulbs. Exception: the white small white bottle of laundry soap in overhead cabinet furthest to the right- I think it is All and the appliance manuals
Lower laundry cabinets: laundry detergent and fabric softener
Check laundry machines for clothing

Upstairs:
Blow up mattress on the right side facing the mattresses
Cream duvet cover on the right mattress
Cream sheets and pillow cases on right mattress
3 leg table and glass

GUEST HOUSE
Green bedroom:
Suede like duvet cover and feather comforter
Throw blanket
Books
Floral display
Embroidery picture
Picture of deer
Candles
Basket under end table

Twin bedroom:
Books
Candles
Thicker pillows in the new looking cream pillow cases

Bathroom:
Red/brown towels
Lotion dispenser
Cleaning supplies and paper products

Kitchenette:
Paper products, dish towels, plastic utensils

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re: BKY No. 09-50779

Dennis E. Hecker,

       Debtor.

_____

Randall L. Seaver, Trustee, ADV No. 10-5016

       Plaintiff,

vs.

Dennis E. Hecker, James C. Gustafson,
Jamie Gustafson a/k/a Jamie Miller and
Jacob Holdings of Crosslake, LLC,

       Defendants.

_____

## UNSWORN CERTIFICATE OF SERVICE
_____

I hereby certify that on May 4, 2010, I caused the following documents:

    *Affidavit of Matthew R. Burton*

to be mailed by first class mail or by e-mail, to the following:

Dennis E. Hecker
1615 Northridge Drive
Medina, MN 55391

James C. Gustafson
Jamie Gustafson a/k/a Jamie Miller
c/o Steven J. Meshbesher
Meshbesher & Associates
225 Lumber Exchange Building
10 South Fifth Street
Minneapolis, MN 55402

Jacob Holdings of Crosslake, LLC
Attn: Officer/Managing Agent
500 Ford Road
Minneapolis, MN 55426

Barbara J. May, Esq.
2780 Snelling Avenue North
Suite 102
Roseville, MN 55113
babsjmay7@aol.com

Brian Toder, Esq.
Chestnut Cambronne
17 Washington Avenue North, Suite 300
Minneapolis, MN 55401-2048
btoder@chestnutcambronne.com

John Neve, Esq.
Neve Law, PLLC
8500 Normandale Lake Blvd., Suite 1080
Minneapolis, MN 55437
jneve@nevelaw.com


Dated: May 4, 2010

/e/ Stephanie Wood
_____
Stephanie Wood
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 332-1030

421295